IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



DOROTHY L. FRANCIS,  )
    Plaintiff,  )
  )
v.  )    Civil Action No. 1:06CV00380
  )
JO ANNE B. BARNHART  )
Commissioner of Social Security,  )
    Defendant  )
_____)

## CONSENT ORDER

The defendant, Jo Anne B. Barnhart, Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the cause for further administrative proceedings. Plaintiff consents to this motion.

On remand the case will be assigned to an Administrative Law Judge (ALJ) who will giver further consideration to Plaintiff's residual functional capacity (RFC). The ALJ will express all of Plaintiff's limitations, both mental and physical, in vocationally relevant terms. The ALJ will then compare Plaintiff's RFC with the requirements of Plaintiff's past relevant work to determine whether she could perform this work either as she performed it or as it is performed in the national economy. If the ALJ finds that Plaintiff could not perform her past relevant work, the ALJ will proceed to step five of the sequential evaluation process. If necessary, the ALJ will obtain vocational expert testimony.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the parties' request to remand this action for further proceedings, this Court hereby

REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

/s/ William L. Osteen
United States District Judge

October 11, 2006

Greensboro, North Carolina

Consented to:

/s/ Marilyn L. Allen
Marilyn L. Allen
Attorney for Plaintiff

ANNA MILLS WAGONER
United States Attorney

/s/ John W. Stone, Jr.
John W. Stone, Jr.
Assistant U.S. Attorney