IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DOROTHY L. FRANCIS, )
    Plaintiff, )
  )
v. ) Civil Action No. 1:06CV00380
  )
JO ANNE B. BARNHART )
Commissioner of Social Security, )
    Defendant )
_____)

## JUDGMENT

Pursuant to the Consent Order of this Court dated  October 11 , 2006, and filed  October 4, 2006 , 2006, and for the reasons stated therein, Judgment is hereby entered reversing the decision of the Commissioner of Social Security and remanding this case to the Agency for further proceedings.

This the  11  day of  October , 2006

                                 /s/ Miriam J. Oxlee
                                 United States District Judge

FILED OCT 12 2006
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.